UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SIVARAJAH ARUMUGAM, :
:
Plaintiff, :
: 21 Civ. 4739 (JPC)
-v- :
: ORDER
MERRICK GARLAND et al., :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 28, 2021, the Court directed Plaintiff to show cause why this action should not be transferred to the United States District Court for the Eastern District of New York in light of the statutory requirements of 8 U.S.C. § 1421(c), which provide that "[a] person whose application for naturalization . . . is denied . . . may seek review of such denial before the United States district court for the district in which such person resides . . . ." 8 U.S.C. § 1421(c); Dkt. 2.  Plaintiff filed a letter on June 10, 2021, requesting the Court to transfer this case to the United States District Court for the Eastern District of New York.  Dkt. 3.

Accordingly, the Court directs that this matter be transferred to the United States District Court for the Eastern District of New York.  *See* 28 U.S.C. § 1406(a).

SO ORDERED.

Dated: June 14, 2021
New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge